# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION**

| | |
|---|---|
| WILLIAM PUGH,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC et al.,<br><br>　　　　　Defendants. | Case No. 8:18-CV-00801-JVS-JDE<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>*Assigned to Hon. James V. Selna*<br><br>Action Filed: August 13, 2018 |

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before this Court upon a stipulation for dismissal with prejudice by and between Plaintiff WILLIAM PUGH's and Defendant JAGUAR LAND ROVER NORTH AMERICA, LLC (collectively the "Parties"), through their respective attorneys, and the Court being otherwise fully advised in the premises.

IT IS HEREBY ORDERED that the stipulation is approved and all of Plaintiff's claims against Defendant are hereby DISMISSED with prejudice, each

ORDER OF DISMISSAL WITH PREJUDICE

19576328v1

side to bear its own costs and attorney's fees, subject to the written settlement agreement entered into between the Parties.

    IT IS FURTHER ORDERED that this Court will retain jurisdiction to enforce the settlement terms and conditions of the settlement.

**IT IS SO ORDERED:**

DATED: <u>May 15, 2019</u>

                                                        Hon. James v. Selna
                                                        United States District Court